United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-11029-amc
Frederick Mraz                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 1              Date Rcvd: Mar 05, 2019
                            Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
db             +Frederick Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 06 2019 03:09:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2019 03:09:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2019 03:09:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
              MICHAEL G. DEEGAN    on behalf of Debtor Frederick  Mraz mgdeegan@comcast.net,
               mike@deeganlawfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Frederick Mraz | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No. 19-11029 amc |
| Debtor(s) | : | |
| | : | |

**ORDER EXTENDING THE TIME TO FILE TO FILE CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(c), 3015 AND LOCAL RULE 9014-2**

**NOW**, this _____ day of _____, 2019, it is **ORDERED** that:

1.   The Debtor's Motion to Enlarge the Time, pursuant to F.R.B.P. 1007(c), 3015 and Local Rule 9014-2, to file his Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan pursuant to Rules 1007(c) and 3015 of the Federal Rules of Bankruptcy Procedure and Local Rule 9014-2 is hereby **GRANTED.**

2. The deadline to file Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan is hereby extended until March 20, 2019.

BY THE COURT

**Date: March 5, 2019**

_____
United States Bankruptcy Judge

Fredrick Mraz
9 Woodchuck Way
Kennett Square, PA 19348

William C. Miller, Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19106-0119
(electronically)

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(electronically)

Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
Counsel for Debtor