Larry S. Eisman
Attorney for *HAMORTON ASSOCIATION*
919 Conestoga Rd., Bldg. 3, Suite 114
Bryn Mawr, PA 19010
610 660 5009
610 668 3625
Larry@Eisman.us

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: *FREDERICK MRAZ*                           CASE NO. 19-11029 amc

CHAPTER 13

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

To the Clerk of the United States Bankruptcy Court:

PLEASE TAKE NOTICE THAT *HAMORTON ASSOCIATION* a creditor in the above-captioned *Chapter 13* appears herein by this Notice of Appearance and requests, pursuant to applicable Federal Rules of Bankruptcy Procedures that all notice given or required to be given in this case (including, but not limited to all papers filed and served in all adversary proceedings in this case and notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court or request that all notices be mailed to them), be given to and served upon:

> Larry S. Eisman, Esquire
> 919 Conestoga Rd., Suite 3-114
> Bryn Mawr, PA 19010
> 610 660 5009
> 610 668 3625
> Larry@Eisman.us

PLEASE TAKE FURTHER NOTICE that pursuant to the aforementioned Rules, the foregoing request includes not only the notices and papers referred to in the Rules, but also includes, without limitation, orders, notices, any applications, motions, petition, pleadings, requests, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, disc, telex or otherwise, (1) which affect or seek to affect in any way any rights or properties in which *HAMORTON ASSOCIATION* may have an interest, or (2) which require or seek to require any act, delivery of property, payment or other conduct by *FREDERICK MRAZ* or (3) pertain to or otherwise relate to the above-captioned proceeding.

/s/ Larry S. Eisman
_____

Larry S. Eisman, Attorney for
*HAMORTON ASSOCIATION*