# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-11029-AMC

FREDERICK  MRAZ

9 WOODCHUCK WAY

KENNETT SQUARE, PA 19348

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FREDERICK  MRAZ

9 WOODCHUCK WAY

KENNETT SQUARE, PA 19348

Counsel for debtor(s), by electronic notice only.

MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355

Date: 5/3/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee