## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| **FREDERICK MRAZ** | ) | Case No. 19-11029 (AMC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), a party in interest in the case of the above-captioned debtor, hereby appears by its counsel, Klehr Harrison Harvey Branzburg LLP. Klehr Harrison hereby enters its appearance pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) of the United States Bankruptcy Code and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case. Klehr Harrison requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 13 case and copies of all papers served or required to be served in this chapter 13 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 13 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Klehr Harrison through service upon Klehr Harrison, at the address, telephone, and facsimile numbers set forth below:

        **KLEHR HARRISON HARVEY**
        **BRANZBURG LLP**
        Raymond H. Lemisch, Esq.
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone:  (215) 569-2700
        Facsimile:   (215) 568-6603
        Email:  rlemisch@klehr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Klehr Harrison including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Klehr Harrison may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  May 8, 2019 | */s/ Raymond H. Lemisch* <br> **KLEHR HARRISON HARVEY BRANZBURG LLP** <br> Raymond H. Lemisch, Esquire (PA Bar No. 43343) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, PA 19103 <br> Telephone:  (215) 569-2700 <br> Facsimile:   (215) 568-6603 <br> Email:  rlemisch@klehr.com <br><br> *Counsel for Klehr Harrison Harvey Branzburg LLP* |