# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11029-AMC

FREDERICK  MRAZ

9 WOODCHUCK WAY

KENNETT SQUARE, PA 19348

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    FREDERICK  MRAZ

    9 WOODCHUCK WAY

    KENNETT SQUARE, PA 19348

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL G DEEGAN
    134 W KING ST

    MALVERN, PA 19355

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 6/19/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee