### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Frederick Mraz | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Case No. 19-11029 mdc |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINES FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy is **DISMISSED**.

2. Counsel for the debtor shall file a master mailing list with the Clerk of the Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if such has not been previously filed.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days o the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to the Debtor(s) pursuant to 11 U.S.C. §1326

Date:_____                           _____
                                                     U.S. BANKRUPTCY JUDGE.