# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Frederick Mraz | : | Chapter 13 |
| | : | |
| | : | Case No.: 19-11029 amc |
| | : | |
| | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

Please withdraw the proposed order retaining jurisdiction at docket #33.

Date: 07/24/19                            /s/ Michael G. Deegan
                                          Michael G. Deegan, Esquire
                                          134 West King Street
                                          Malvern, PA 19355
                                          (610) 251-9160
                                          Counsel for Debtor