United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11029-amc
Frederick Mraz                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jul 25, 2019
                              Form ID: pdf900           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
```
db             +Frederick Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353
cr             +HAMORTON ASSOCIATION,    C/O LARRY S. EISMAN,    919 CONESTOGA RD.,    SUITE 3-114,
                 BRYN MAWR, PA  19010,    UNITED STATES 19010-1354
14293012        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14275918       +Ditech Financial,    7340 S. Kyrene Road,    Tempe, AZ 85283-4573
14275919       +Dorothy Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353
14300628        ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
14300390       +HAMORTON ASSOCIATION,    Larry S. Eisman, Esquire,     919 Conestoga Road, Ste. 3-114,
                 Bryn Mawr, PA 19010-1354
14300705       +HAMORTON ASSOCIATION,    C/O LARRY S. EISMAN,    919 CONESTOGA RD.,    BUILDING 3, SUITE 114,
                 BRYN MAWR, PA 19010-1352
14275921       +KML Law Group,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1538
14284148       +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Atty for M&T Bank,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14275920       +Klehr Harrison Harvey Branzburg,    1835 Market Street,    Suite 1400,
                 Philadelphia, PA 19103-2945
14322534       +Klehr Harrison Harvey Branzburg LLP,    C/O RAYMOND HOWARD LEMISCH,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market Street,    Philadelphia, PA 19103-2968
14284536       +M&T BANK,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14313706       +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
14293009       +Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO Box 8961,
                 Madison, WI 53708-8961
14293010        Navient Solutions, LLC. on behalf of,    ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
14275924       +Nina Smith,    1519 North Rodney Street,    Wilmington, DE 19806-3007
14275926       +Robert Lohr, Esq.,    1246 West Chester Pike,    Suite 312,    West Chester, PA 19382-5683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 26 2019 03:22:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14300628        E-mail/Text: ECMCBKNotices@ecmc.org Jul 26 2019 03:22:14      ECMC,    PO BOX 16408,
                 St. Paul, MN 55116-0408
14275922        E-mail/Text: camanagement@mtb.com Jul 26 2019 03:22:12      M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
14316830        E-mail/Text: camanagement@mtb.com Jul 26 2019 03:22:12      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240 - 0840
14275923        E-mail/Text: camanagement@mtb.com Jul 26 2019 03:22:12      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240
14318123        E-mail/PDF: pa_dc_claims@navient.com Jul 26 2019 03:23:35
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14295253        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14275925       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:23
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, PA 17128-0001
14303710        E-mail/Text: bkdepartment@rtresolutions.com Jul 26 2019 03:22:38
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14302537       +E-mail/Text: Bankruptcy@wsfsbank.com Jul 26 2019 03:22:58     WSFS Bank,
                 500 Delaware Avenue, 10th Floor,    Wilmington, DE 19801-1490
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Klehr Harrison Harvey Branzburg LLP,    1835 Market Street,    Suite 1400,
                 Philadelphia, PA 19103-2945
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Jul 25, 2019
                              Form ID: pdf900           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              LARRY S. EISMAN    on behalf of Creditor    HAMORTON ASSOCIATION Larry@Eisman.us,
               lse664@aol.com
              MICHAEL G. DEEGAN    on behalf of Debtor Frederick   Mraz mgdeegan@comcast.net,
               mike@deeganlawfirm.com
              RAYMOND HOWARD LEMISCH     on behalf of Creditor    Klehr Harrison Harvey Branzburg LLP
               rlemisch@klehr.com, afoody@klehr.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK MRAZ | Chapter 13 |
| Debtor | Bankruptcy No. 19-11029-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __25th__ day of __July__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355


Debtor:
FREDERICK MRAZ

9 WOODCHUCK WAY

KENNETT SQUARE, PA 19348